# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donald, Bernice B. | Court of Appeals, Sixth | 03/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Corut of Appeals, Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, Suite # 1132
Clifford Davis/Odell Horton Federal Building
Memphis, TN 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | American Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 03/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Amercian Bar Assoc. ("ABA") | Jan. 17-19, 2013 | Marcos Island, FL | Board Meeting, Litigation Section | Airfare, food, & lodging |
| 2. | ABA | Feb. 6-11, 2013 | Dallas, TX | Mid-Year ABA meeting | Air, food & lodging |
| 3. | First Amendment Center | Feb. 21-22, 2013 | Nashville, TN | Moot Court, 1st Amendment | Air, hotel, & food |
| 4. | Alabama Moot Court Competition | March 20, 2013 | Tuscaloosa, AL | Moot Court Competition, Judge | Air, hotel & food |
| 5. | ABA Labor & Employment Law Winter Meeting, Speaker | April 4-6, 2013 | Savannah, GA | Speaker | Air, hotel & food |

**Name of Person Reporting**

**Donald, Bernice B.**

**Date of Report**

03/02/2015

| | | | | |
|---|---|---|---|---|
| 6. | Lile Moot Court Competition | April 6, 2013 | Charlottlesville, VA | Judge | Air, hotel & food |
| 7. | Consortium on Fairness in Courts | March 20-22, 2013 | Washington, D.C. | Speaker on Cultural Issues | Air, hotel & food |
| 8. | American Bar Foundation | April 25-26, 2013 | Chicago, IL | Board Meeting | Air, hotel & food |
| 9. | Center for Legal Inclusiveness | May 5-6, 2013 | Denver, CO | Speaker | Air, hotel & food |
| 10. | Amercian Bar Association | May 16-18, 2013 | Palm Beach, FL | Speaker | Air, hotel & food |
| 11. | American Law Institute | May 20-22, 2013 | Washington, DC | New Member Meeting | Air, hotel & food |
| 12. | ABE Board of Directors | June 19, 2013 | Jackson, WY | Directors Meeting | Air, hotel & food, ABF |
| 13. | National Employment Law Convention | June 26-28, 2013 | Denver, CO | Speaker | Air, hotel & food |
| 14. | Appellate Judges Seminar (Federal Judicial Center) | June 26-29, 2013 | New York, NY | Training | Air, hotel & food |
| 15. | ABA Annual Meeting | August 7-12, 2013 | San Francisco, CA | Annual meeting | Air, hotel & food |
| 16. | Nebraska Bar Legal Diversity Summit | September 4-6, 2013 | Omaha & Lincoln, NE | Keynote speaker & law school speaker | Air, hotel & food |
| 17. | ABA | Oct. 3-5, 2013 | Lexington, KY | Fall meeting, G P Solo | Air, hotel & food |
| 18. | Federal Bar Association, MI | Oct. 14-16, 2013 | Detroit, MI | Speaker | Air, hotel & food |
| 19. | American Bar Foundation | Ocot. 16-18, 2013 | Chicago, IL | Fall meeting, Presiding Officer | Air, hotel & food |
| 20. | ABA Board of Governors | November 14-17, 2013 | New York, NY | Board of Governors, ABF representative | Air, hotel & food |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 03/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Horizon | B | Dividend | J | T | | | | | |
| 2. Proctor & Gamble | D | Distribution | J | T | | | | | |
| 3. Reynolds American Inc. | C | Dividend | J | T | | | | | |
| 4. Ford Motor Co. | B | Dividend | J | T | | | | | |
| 5. Pioneer Cash Reserve | C | Dividend | J | T | | | | | |
| 6. Facebook | | None | K | T | | | | | |
| 7. Waddell & Reed Investment Account (H) | | | | | | | | | |
| 8. IVY Balanced Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 9. IVY Internationa CORE Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 10. IVY Global Nat Resources Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 11. IVY MidCap Growth Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 12. IVY Science & Tech Fund | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 13. Waddell & Reed Asset Strategy Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 14. Waddell & Reed Continential Income Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 15. Waddell & Reed Muni Bond Fund A | A | Dividend | K | T | Buy | 01/14/13 | K | | |
| 16. Waddell & Reed Tax Managed Equity Fund A | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 17. Waddell & Reed Value Fund A | B | Dividend | K | T | Buy | 01/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 03/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Waddell & Reed Cash Management Fund A | | None | J | T | Open | 01/14/13 | J | | |
| 19. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 03/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bernice B. Donald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544